UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL J. TEZAK,

    Plaintiff,

  v.

BNSF RAILWAY COMPANY,

    Defendant.

CASE NO.  C09-5212 BHS

ORDER RE: SETTLEMENT CONFERENCE-August 26, 2010

  This matter has been referred to the Honorable J. Richard Creatura for purposes of conducting a settlement conference on **August 26, 2010**, commencing at **9:00 a.m.** in Courtroom D.

  The parties are ORDERED to submit to this Court's chambers, but not file, a settlement memo no later than **Tuesday, August 24, 2010 at 4:30 p.m.**  The settlement memo shall be no longer than ten (10) pages, double-spaced.  The parties are allowed to submit attachments to the memo, but are encouraged to only include those attachments critical to the explanation provided in the memo.  The memos are to be exchanged between the parties and, at a minimum, include: (1) the last demand and offer exchanged between the parties; (2) the status of any outstanding discovery issues; (3) the status of any outstanding motions.  These materials may be emailed to

ORDER - 1

1   Sandy_claggett@wawd.uscourts.gov or delivered to the Clerk's Office, U.S. Courthouse, 1717

2   Pacific Avenue, Tacoma, Washington 98402.

3       Parties are instructed to bring a person with authority to settle the case on the date of the

4   scheduled settlement conference.

5       Dated this 20th day of August, 2010.

                                                  J. Richard Creatura
                                                United States Magistrate Judge

ORDER - 2